# Court of Appeals
## Tenth Appellate District of Texas

---
### 10-26-00136-CR
---

In re Thomas Blanchard

---
### Original Proceeding
---

CHIEF JUSTICE JOHNSON delivered the opinion of the Court.

## MEMORANDUM OPINION

Thomas Blanchard's "Petition for Writ of Habeas Corpus," was filed on April 21, 2026.  Blanchard amended this petition to a "Petition for Writ of Mandamus" which was filed on April 27, 2026.

The amended petition is denied.

---

MATT JOHNSON
Chief Justice

OPINION DELIVERED and FILED:  June 4, 2026

Before Chief Justice Johnson,
     Justice Smith, and
     Justice Harris
Denied
Do Not Publish
OT06

